**CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: COLOMBELL
REPORTER: FTR

DOCKET NO. 3:21CR57
DATE: 3/25/22

UNITED STATES OF AMERICA
v.
COUNSEL

1. Omari Mason   1. _____
Deft appeared via VTC ( ) ZOOM ( )

APPEARANCES:   GOVERNMENT  Kenneth Simon ( ✓ )
DEFENDANT WITH COUNSEL ( )   DEFENDANT WITHOUT COUNSEL ( ✓ )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

BAIL STATUS:   DEFENDANT ON BOND ( )   DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED ( ✓ )   BOND NOT SET ( )

TYPE OF PROCEEDINGS:   INITIAL ( ✓ )   ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( )   DETENTION ( )   MOTIONS ( )   OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

PRELIMINARY PROCEEDINGS:   WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

INITIAL HEARING PROCEEDINGS:   DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES ( X )   DEFT ADVISED OF RULE 5 RIGHTS ( ✓ )
FINANCIAL AFFIDAVIT ( X )   COUNSEL TO BE APPOINTED ( X ) CJA council
DEFT TO RETAIN COUNSEL ( )
GOVT'S MOTION TO DETAIN DEFT ( X )   ORDER OF TEMPORARY DETENTION ( ✓ )
DEFT REMANDED ( ✓ )   DETENTION HEARING SET: _____

PRELIMINARY HEARING PROCEEDINGS:   GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )   PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )   DEFT REMANDED ( )
WITNESS(ES) _____

DETENTION HEARING PROCEEDINGS:   GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )   DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( )   FLIGHT RISK ( )   DANGER ( )
GOVT NOT SEEKING DETENTION ( )   DEFENDANT RELEASED ON BOND ( )
ELECTRONIC MONITORING ( )   3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) _____

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) ( )

CASE CONTINUED TO: 3/30/22 @ 1:30 PM   FOR Detention
CASE SET: 2:15   BEGAN: 2:18   ENDED: 2:25   TIME IN COURT: 7 minutes