IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>OMARI MASON,<br><br>Defendant. | Criminal No. 3:21-cr-57-HEH |

## STATEMENT OF FACTS

The United States and the defendant agree that the factual allegations contained in this Statement of Facts and in Count One of the Indictment are true and correct, and that the United States could have proven them beyond a reasonable doubt.

1. On or about August 19, 2020, in the Eastern District of Virginia, the defendant, OMARI MASON, having knowingly been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly possess a firearm, namely a Glock, Model 22 Gen4, .40 caliber, semi-automatic pistol, bearing serial number UPL630, that had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1)).

2. On August 19, 2020, law enforcement officers from the Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF") and the United States Marshals Service went to 13071 Pete Lane, Stony Creek, Virginia to assist with arrest of MASON who was wanted at the time. The owner of the residence permitted law enforcement to enter the residence to apprehend MASON. MASON ~~was~~ had been in a bedroom where in plain view, officers observed a Hershel brand



1

gray in color Fanny Pack. The Fanny Pack's small zipper was unzipped and contained what appeared to be plastic baggies with white and grayish powder.

3. The larger compartment of the Fanny Pack contained a Glock, Model 22 Gen4, .40 caliber, semi-automatic pistol, bearing serial number UPL630, a large amount of suspected heroin, cocaine, marijuana, a digital scale, pink lighter key chain, keys to a Cadillac vehicle, 2 gold chains and a debit card belonging to Mason. The Glock, Model 22 Gen4, .40 caliber, semi-automatic pistol, bearing serial number UPL630 had been reported stolen.

4. The suspected narcotics were submitted to the DEA's Mid-Atlantic Laboratory and determined to be 25.7 grams of Eutylone, a positional isomer of pentylone, a Schedule I controlled substance; 3.82 grams of fentanyl, a Schedule II controlled substance; .69 grams of heroin, a Schedule I controlled substance; and .379 grams of cocaine base, a Schedule II controlled substance.

5. Prior to August 19, 2020, MASON knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

6. Further, it was determined that the Glock, Model 22 Gen4, .40 caliber, semi-automatic pistol, bearing serial number UPL630 was manufactured outside of the Commonwealth of Virginia and therefore traveled in interstate and or foreign commerce prior to MASON possessing the firearm on August 19, 2020.

7. Based on the presence of distributable amounts of narcotics alongside the Glock, Model 22 Gen4, .40 caliber, semi-automatic pistol, bearing serial number UPL630, MASON agrees that a four-point enhancement applies because he possessed the firearm in connection with another felony offense pursuant to U.S.S.G. § 2K2.1(b)(6)(A). Moreover, because the firearm

was stolen, MASON agrees that a two-point enhancement applies pursuant U.S.S.G. § 2K2.1(b)(4).

                                              JESSICA D. ABER  
                                              United States Attorney

By: _____  
                                              Kenneth R. Simon, Jr.  
                                              Assistant United States Attorney

I have consulted with my counsel regarding this Statement of Facts. I knowingly and voluntarily agree that each of the above-recited facts is true and correct and that had this matter gone to trial the United States could have proven each one beyond a reasonable doubt.

___9-12-22___  
Date

___[signature]___  
Omari Mason  
Defendant

I am counsel for defendant, Omari Mason. I have carefully reviewed this Statement of Facts with him and, to my knowledge, his decision to agree to this Statement of Facts is an informed and voluntary decision.

___9/12/22___  
Date

___[signature]___  
Braxton Hill  
Counsel for Defendant